| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Jacquie Marie Wagner |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the | Western District of New York |
| | (State) |
| Case number: | 1-15-10027-CLB |

F I L E D
NOV - 6 2020
BANKRUPTCY COURT
BUFFALO, NY

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $3,440.00 |
|---|---|
| Claimant's Name: | Jacquie Marie Wagner |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2664 Shadagee Road<br>Eden, New York 14057<br>716-███████ |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Case 1-15-10027-CLB,   Doc 71,   Filed 11/06/20,   Entered 11/06/20 16:16:46,
Description: Main Document , Page 1 of 2

### 4. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
for the <u>Western</u> District of <u>New York</u>
138 Delaware Avenue
Buffalo New York 14202

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 11/05/2020

Signature of Applicant: *Jacquie M Wagner*

Printed Name of Applicant: Jacquie Marie Wagner

Address: 2664 Shadagee Road, Eden, New York 14057

Telephone: 716- [redacted]

Email: [redacted]

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF New York
COUNTY OF Erie

This Application for Unclaimed Funds, dated Nov 5 2020 was subscribed and sworn to before me this 5th day of November, 20 20 by

*Jacquie M Wagner*

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

MARJORIE ELLEN YALE
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01YA6310043
My Commission Expires 8/18/2022

(SEAL) Notary Public: *[signature]*
My commission expires: 8/18/2022

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

---

Form 1340     Application for Payment of Unclaimed Funds     Page 2