**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:  Case No.: 1−15−10027−CLB
 Chapter: 7
    Jacquie M Wagner

 SSN:  xxx−xx−6282
                     Debtor(s)

Jacquie Marie Wagner
2664 Shadagee Road
Eden, New York 14057

     Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Form W−9 Request for Taxpayer Identification Number and Certification: Please re−submit a completed Form W−9 with an original signature. The address, city , state and zipcode was omitted from the form.

  If you have any further questions, please call the Court at 716−362−3200.

Date: November 6, 2020                                  Lisa Bertino Beaser
                                                            Clerk of Court

Enclosures

Form dfyuncla/Doc 71
www.nywb.uscourts.gov